## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR71** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **ROSARIO RAMIREZ-MORENO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to dismiss (Filing No. 85) and the government's objection thereto (Filing No. 86).

IT IS ORDERED:

1. The government's objection (Filing No. 86) is granted; and

2. The Defendant's motion to dismiss (Filing No. 85) is denied.

DATED this 2nd day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge